DAB


FILED IN OPEN COURT
ON 10/5/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-303-1F(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | I N D I C T M E N T |
| | ) | |
| GEORGE GARLAND LATHAM, JR. | ) | |

The Grand Jury charges that:

<u>COUNT ONE</u>
False Statement to Social Security Administration
42 U.S.C. §408(a)(3)

On or about September 13, 2007, in the Eastern District of North Carolina, Defendant GEORGE GARLAND LATHAM, JR. knowingly made a false statement and representation of material fact for use by the Social Security Administration in determining rights to Social Security Disability Insurance benefit payments. Specifically, on a Work Activity Report (SSA Form 821-BK), dated September 13, 2007, defendant GEORGE GARLAND LATHAM, JR., falsely stated that he was not working and had not worked since the late 1980s. In reality, as defendant well knew, he was working and had been working as a

full-time bail bondsman since November, 1993 as owner and president of First N Freedom, Inc., all in violation of Title 42, United States Code, Section 408(a)(3).

A TRUE BILL

_____
FOREPERSON

DATE: 10/05/2011

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

THOMAS G. WALKER
United States Attorney

*David A. Bragdon*
BY: DAVID A. BRAGDON
Assistant United States Attorney