DEFENDANT: GEORGE GARLAND LATHAM, JR.
CASE NUMBER: 5:11-CR-303-1F

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**12 months and 1 day**

☑ The court makes the following recommendations to the Bureau of Prisons:

**THE COURT RECOMMENDS THE DEFENDANT BE IMPRISONED AT FCI BUTNER.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before p.m. on _____
  ☑ as notified by the United States Marshal. ☐ Or
  ☐ as notified by the Probation or Pretrial Services Office.

**FILED**
NOV 20 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ MH _____ DEP CLK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-5-12 Vol Surr to FCI Loretto
at Loretto, PA, with a certified copy of this judgment.

C. Maiorana Warden
UNITED STATES MARSHAL
By _____
DEPUTY UNITED STATES MARSHAL

**RECEIVED**
NOV 19 2012
U.S. Marshals Service, EDNC